UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:10-mj-42 |
| v. | ORDER |
| CARLOS SALAS-CARBAJAL | |

This matter is before the Court on the motion of the United States of America to dismiss the criminal complaint against, and to quash the arrest warrant for, Defendant Carlos Salas-Carbajal without prejudice.

It is hereby ordered that the Motion be GRANTED, that the criminal complaint against Defendant Carlos Salas-Carbajal be dismissed without prejudice, and that the arrest warrant for Defendant Carlos Salas-Carbajal be quashed.

SO ORDERED this 19th day of March 2010.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE